AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 24-cr-40072-TC |
| Lester Randall ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse<br>444 SE Quincy<br>Topeka KS 66683-3589 | Courtroom No.: 404 |
|---|---|
| | Date and Time: January 21, 2025, at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/13/2025

/s/ Rachel E. Schwartz

*Judge's signature*

Rachel E. Schwartz, United States Magistrate Judge

*Printed name and title*