**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 24-cr-40072-TC |
|---|---|
| Plaintiff, | AUSA: Jared Maag |
|  | Defendant: Christopher Joseph |

v.

**LESTER RANDALL,**
        Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | January 21, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:14 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☒ **Detention Hearing – 39 min.**   ☐ Preliminary Hearing – min.   ☐ Status Conference – min.

☐ Defendant sworn   ☐ Examined re: financial status   ☐ Counsel appointed
☒ **Constitutional Rights Explained**

☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Detention ordered – Oral motion GRANTED.**

**OTHER:** Defendant appears in person, in custody and with counsel Christopher Joseph. Government moves for detention. The Court, after hearing the proffers and arguments of counsel, finds for the reasons stated on the record the Government's Motion for Detention is GRANTED and the Defendant is detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.