UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                  Case Nos.:    24-40072

LESTER RANDALL,
        Defendant.

## CRIMINAL MINUTE SHEET – SENTENCING
## October 29, 2025

| JUDGE: | **Hon. Toby Crouse, United States District Judge** | |
|---|---|---|
| COURT REPORTER: | **Kelli Stewart** | |
| COURTROOM DEPUTY: | **Traci Anderson** | |
| Time in Court: | **44 minutes** | |
| INTERPRETER: | **N/A** | |

**APPEARANCES:**    *The parties appear:*   **IN PERSON – COURTROOM 401**

- UNITED STATES OF AMERICA:     **Jared Maag**
- DEFENDANT'S COUNSEL:     **Christopher Joseph**
- DEFENDANT:     **In Custody – present at hearing**
- PROBATION:     **Carly Feldhausen**

**CHARGE(S) OF CONVICTION:**

| OFFENSE(S): | Count 4 of the Indictment - | 18 U.S.C. § 2252(a)(2), that is, sexual exploitation of a minor - receipt of child pornography. |
|---|---|---|

**PROCEEDINGS:**

☒ Defendant sworn.
☒ Investigation Report sealed and made part of the record.
☒ Objections to Presentence Investigation Report: Defendant's Objections No. 1 – 4. The Court declines to rule on Objections 1 – 4 per Rule 32.

**IMPOSITION OF SENTENCE:**
☒ It is the judgment of the court that the defendant is hereby sentenced to the custody of the Bureau of Prisons for a term of 120 months. This term of imprisonment shall be followed by five years of supervised release.
☒ Mandatory Special Assessment fee: $100
☒ **Restitution Hearing set for 1/7/26 at 3:30 p.m. in Courtroom 401. Defendant waives his right to be present at that hearing.**

☒ Counts 1, 2, 3, 5 & 6 of the Indictment, as they pertain to this defendant, are dismissed.

☒ The defendant is remanded to the custody of the U.S. Marshals Service pending designation by the Federal Bureau of Prisons.